# Court of Appeals
# of the State of Georgia

ATLANTA,  March 12, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1421. SAM LOUIS LEVINE v. DAVID NAHMIAS et al.**
**A20A1422. SAM LOUIS LEVINE v. ALM MEDIA, LLC et al.**

Following his disbarment, Sam Louis Levine filed suit against numerous defendants, including ALM Media, LLC d/b/a The Fulton County Daily Report and its publisher (collectively, "The Fulton County Daily Report"), multiple Supreme Court Justices, Anthony Askew, and Bridget Bagley. Motions to dismiss were filed by The Fulton County Daily Report and its publisher and by the Supreme Court Justices. On December 9, 2019, the trial court entered two orders: one granting The Fulton County Daily Report's motion to dismiss and a second granting the Justices' motion to dismiss. In Case Number A20A1421, Levine appeals the order granting the Justices' motion, and in Case Number A20A1422, Levine appeals the order granting The Fulton County Daily Report's motion. We, however, lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) (punctuation omitted). Under such circumstances, there must be either an express determination that there is no just reason for delay under OCGA § 9-11-54 (b) or compliance with the interlocutory appeal procedures of OCGA § 5-6-34 (b). See id. "Where neither of these code sections [is] followed, the appeal is premature and must be dismissed." Id. (punctuation omitted).

The record does not show that the trial court has resolved Levine's claims against Askew or Bagley or that the court directed the entry of judgment under OCGA § 9-11-54 (b). Accordingly, in order to appeal, Levine was required to use the

interlocutory appeal procedures, which include including obtaining a certificate of immediate review from the trial court. See OCGA § 5-6-34 (b); *Shoenthal v. Shoenthal*, 333 Ga. App. 729, 730 (776 SE2d 663) (2015). Levine's failure to follow the requisite appeal procedures deprives us of jurisdiction over these direct appeals, which are hereby DISMISSED. See *Shoenthal*, 333 Ga. App. at 730.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   03/12/2020           *
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*